IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KIRI NIXON, individually and as natural mother of T.M., a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 23–50–M–DLC<br><br><br>ORDER |

The parties have filed a Joint Motion to Dismiss with Prejudice. (Doc. 36.)

Accordingly, IT IS ORDERED that the Motion (Doc. 36) is GRANTED. This matter is DISMISSED with prejudice, with each party to bear their own fees and costs.

The Clerk is directed to close this case.

DATED this 21st day of August, 2025.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court